*In re* DAVID W. ROMÁN RODRÍGUEZ.

*Número:* TS-6321          *Resuelto:* 3 de diciembre de 2004

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *David W. Román Rodríguez,* peticionario.

## RESOLUCIÓN

Examinada la Moción de Reinstalación al ejercicio de la notaría, presentada por el Lcdo. David W. Román Rodríguez, y la Moción, presentada por la Directora de la Oficina de Inspección de Notarías, donde se nos informa que el licenciado Román Rodríguez corrigió las deficiencias señaladas en su obra notarial, procede la reinstalación al ejercicio de la notaría según solicitado.

*Publíquese.*

Lo acordó el Tribunal y lo certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

*(Fdo.)* María I. Colón Falcón
*Subsecretaria del Tribunal Supremo*